Paul Q. Goyette, Esq. SBN 137250
Sean D. O'Dowd, Esq. SBN 296320
GOYETTE & ASSOCIATES, INC.
A Professional Law Corporation
2366 Gold Meadow Way, Suite 200
Gold River, CA 95670
Tel: (916) 851-1900
Fax: (916) 851-1995
Email: sean@goyette-assoc.com

Attorneys for Defendant, Brandon Largent

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BARRON,<br><br>      Plaintiff,<br><br>v.<br><br>CITY OF REDDING, BRANDON LARGENT, CHIEF ROBERT F. PAOLETTI, and DOES 1-10,<br><br>      Defendants. | **CASE NO.: 2:14-cv-01107-MCE-CMK**<br><br>**ORDER EXTENDING NON-EXPERT DISCOVERY CUTOFF** |

Having reviewed Defendant Brandon Largent's Ex Parte Application for Order Modifying Scheduling Order (ECF No. 18), along with Plaintiff's Opposition thereto (ECF No. 20)., the Court determines that good cause has been demonstrated for modifying the current scheduling order to allow additional time to complete non-expert discovery. The Modified Scheduling Conference Order of June 12, 2015 (ECF No. 17) is therefore further modified for the limited purpose of extending the non-expert discovery cutoff for one month, from August 14, 2015 to September 14, 2015. The applicable timetable is now as follows:

| | | |
|---|---|---|
| Expert Disclosure: | September 2, 2015 | (Unchanged) |
| Non-Expert Discovery Cutoff: | **September 14, 2015** | |
| Supplemental Expert Disclosure: | September 22, 2015 | (Unchanged) |
| Expert Discovery Cutoff: | November 13, 2015 | (Unchanged) |

1    Pretrial Motion Filing Deadline:      November 13, 2015    (Unchanged)

2    Pretrial Motion Hearing Deadline:     January 7, 2016     (Unchanged)

3    The Pretrial Conference date of March 17, 2016 at 2:00 p.m. in Courtroom 7, before the

4    Honorable Morrison C. England, Jr., and trial date of May 2, 2016 at 9:00 a.m. in Courtroom 7, before

5    the Honorable Morrison C. England, Jr., remain unchanged.

6    IT IS SO ORDERED.

7    Dated:  August 14, 2015

8

9    _____
     MORRISON C. ENGLAND, JR., CHIEF JUDGE
10   UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER EXTENDING NON-EXPERT DISCOVERY CUTOFF**