**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT BARON, | No. 2:14-CV-1107-MCE-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| CITY OF REDDING, et al., | |
| Defendants. | |

_____/

   Plaintiff, who is proceeding with retained counsel, brings this civil action. Pursuant to Eastern District of California Local Rule 230(g), the hearing scheduled for September 9, 2015, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

   IT IS SO ORDERED.

 DATED:  September 2, 2015

               _____
               **CRAIG M. KELLISON**
               UNITED STATES MAGISTRATE JUDGE