**GARY BRICKWOOD**, State Bar No. 94892
**BRICKWOOD LAW OFFICE**
1135 Pine Street, Suite 210
Redding, CA  96001
(530) 245-1877
FAX: (530) 245-1879

Attorneys for Defendants
CITY OF REDDING and CHIEF ROBERT F. PAOLETTI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BARRON,<br><br>       Plaintiff,<br><br>       vs.<br><br>CITY OF REDDING; BRANDON LARGENT, CHIEF ROBERT F. PAOLETTI, and DOES 1 to 10,<br><br>       Defendants.<br>_____/ | Case No. 2:14-cv-01107 MCE CMK<br><br>**ORDER FOR DISMISSAL** |

The Court has considered the stipulation and joint request by all parties to dismiss all claims and causes of action with prejudice.  The stipulation and joint request appears in order and therefore the Court orders as follows:

The entire action is hereby dismissed with prejudice and the Clerk of Court is directed to close the file in this matter.

IT IS SO ORDERED.

Dated:  June 1, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER FOR DISMISSAL

1